19 CRIM 658

**U.S. Department of Justice**

Rule 20 -- Transfer Notice

| To:         Geoffrey S. Berman, | District         Southern District of New York | Date         8/30/2019 |
|---|---|---|
| Name of Subject:         ANDREI TYURIN, a/k/a Andrei Tiurin, a/k/a Andrey Tyurin | Statute Violated         18 U.S.C. 1349, 1343, 371, 1030,         1028A, 2 | File Data *(Initials and Number)*         1:15-CR-393         NDGA |

### Part A -- District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other *(Specify):*

☐ The above-named defendant entered a plea of guilty under Rule 20.
    **Date of Plea          Date of Sentence          Sentence**

| From *(Signature and Title)*         *Geoffry S. Berman* | Address | US Attorneys Office         Southern District of New York         1 Saint Andrew's Plaza         New York, NY 10007 |
|---|---|---|

### Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
                                                      on                    at                    o'clock

*(Kindly notify me of any anticipated delay)*

☒ Enclosed are two certified copies of indictment or information                    Docket No. 1:15-CR-393 _____

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify):*

| Signature *(Name and Title)* | District         Northern District of Georgia | Date         9/4/19 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
**Replaces OBD-101, Fed. 83 edition may be used**

FORM USA-231
NOV. 85

**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN - 9 2018

James N. Hatten, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br> *v.*<br><br>ANDREI TYURIN,<br> a/k/a Andrei Tiurin,<br> a/k/a Andrey Tyurin. | First Superseding Indictment<br><br>No. 1:15-CR-393<br><br>**Under Seal**<br><br>**19 CRIM  658** |

THE GRAND JURY CHARGES THAT:

<u>**COUNT ONE**</u>
(Wire Fraud Conspiracy)

1.  Beginning on an unknown date, but at least by in or about November 2012, and continuing through in or about August 2014, in the Northern District of Georgia and elsewhere, the defendant, ANDREI TYURIN, a/k/a Andrei Tiurin, a/k/a Andrey Tyurin, with others known and unknown to the Grand Jury, did knowingly conspire to devise and intend to devise a scheme and artifice to defraud financial institutions and other companies, and to obtain money and property from those financial institutions and companies, including the confidential personal identifying information of customers, by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing and attempting to execute such scheme and artifice, did with intent to defraud cause the transmission by means of wire communication in interstate and foreign commerce of certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

17

## OBJECT OF THE CONSPIRACY

2.  It was the object of the conspiracy for defendant ANDREI TYURIN, a/k/a Andrei Tiurin, a/k/a Andrey Tyurin, to steal confidential customer information from financial institutions and other companies that would be valuable for compiling a database of potential investors in order to broker stock transactions. In furtherance of this conspiracy, TYURIN infiltrated computer networks at these financial institutions and companies, located the customer databases, and exported the customer profile information to computers overseas.

## MANNER AND MEANS OF THE SCHEME TO DEFRAUD

3.  The manner and means by which the scheme and artifice to defraud was sought to be accomplished included, among others, the following:

a.  Using overseas computer servers, ANDREI TYURIN, a/k/a Andrei Tiurin, a/k/a Andrey Tyurin, gained unauthorized access to the victims' computer networks. During the intrusion at one financial institution victim (Victim-1), TYURIN connected via wire communications with Victim-1's servers located in the Northern District of Georgia from a computer server overseas. After compromising administrative servers, TYURIN installed a specific type of malware—malicious code—to connect with external computers from within the hacked computer network.

b.  After obtaining a foothold in the victims' computer networks, ANDREI TYURIN, a/k/a Andrei Tiurin, a/k/a Andrey Tyurin, searched the networks for customer databases. To facilitate his identification of these databases, TYURIN asked a co-conspirator (CC-1) to provide customer login credentials for the victims.

2

c. In response to this request, another co-conspirator (CC-2) asked Individual #1 to provide his customer login credentials to two financial institution victims, Victim-1 and Victim-2, under false pretenses. Individual #1 provided his login credentials to CC-2, who sent the credentials to CC-1, who then gave the login credentials to ANDREI TYURIN, a/k/a Andrei Tiurin, a/k/a Andrey Tyurin. TYURIN logged into Individual #1's accounts at Victim-1 and Victim-2 and thereby misrepresented his identity in order to locate the confidential customer databases on the victims' internal networks.

d. After TYURIN found the customer databases on the victims' servers, TYURIN exported personal identifying information of the victims' customers, including names, email addresses, and residential addresses, stolen from the confidential customer databases.

e. In executing the scheme, ANDREI TYURIN, a/k/a Andrei Tiurin, a/k/a Andrey Tyurin, thereby misappropriated the confidential business information of the victim companies. Spreadsheets containing data stolen by TYURIN included the personal identifying information of a substantial number of residents of the Northern District of Georgia.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO THROUGH FOUR
### (Wire Fraud)

4. The Grand Jury re-alleges and incorporates by reference paragraphs 2 through 3 of this Indictment as if fully set forth herein.

3

5.  On or about the dates listed in Column B of the table below, in the Northern District of Georgia and elsewhere, the defendant, ANDREI TYURIN, a/k/a Andrei Tiurin, a/k/a Andrey Tyurin, aided and abetted by others known and unknown to the Grand Jury, having knowingly devised and intended to devise the aforementioned scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises as set forth in Count One of this Indictment, did with intent to defraud cause the transmission by means of wire communication in interstate and foreign commerce of certain writings, signs, signals, pictures, and sounds, that is, internet logins to the customer account of Individual #1 held in the victim company specified in Column C from overseas servers to victim servers located in the United States, for the purpose of executing and attempting to execute such scheme and artifice:

| A | B | C |
|---|---|---|
| Count | Date | Victim |
| 2 | 11/23/2013 | Victim-2 |
| 3 | 12/6/2013 | Victim-1 |
| 4 | 12/7/2013 | Victim-1 |

All in violation of Title 18, United States Code, Sections 1343 and 2.

4

## COUNT FIVE
### (Computer Fraud and Identity Fraud Conspiracy)

6.  The Grand Jury re-alleges and incorporates by reference paragraphs 2 through 3 of this Indictment as if fully set forth herein.

7.  Beginning on an unknown date, but at least by in or about November 2012, and continuing through in or about August 2014, in the Northern District of Georgia and elsewhere, the defendant, ANDREI TYURIN, a/k/a Andrei Tiurin, a/k/a Andrey Tyurin, with others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, agree, and have a tacit understanding with other persons known and unknown, to intentionally access protected computers without authorization and exceeding authorization, and thereby obtain information from protected computers in furtherance of a criminal act in violation of the Georgia Identity Fraud statute, O.C.G.A. § 16-9-121(a)(1), that is, to willfully use and possess with intent to fraudulently use identifying information concerning a person without authorization and consent, in violation of Title 18, United States Code, Sections 1030(a)(2)(C) and 1030(c)(2)(B)(ii).

## MANNER AND MEANS OF THE CONSPIRACY

8.  It was part of the conspiracy that the defendant, ANDREI TYURIN, a/k/a Andrei Tiurin, a/k/a Andrey Tyurin, and others employed the manner and means set forth in paragraph 3 of this Indictment to steal, possess with fraudulent intent, and use the confidential personal identifying information of customers of financial institutions and companies, including the names and

5

residential addresses of Georgia residents, for the fraudulent purpose set forth in paragraph 2 of this Indictment.

## OVERT ACTS

9.  In furtherance of the conspiracy, and in order to effect the purpose and objects thereof, the defendant, ANDREI TYURIN, a/k/a Andrei Tiurin, a/k/a Andrey Tyurin, and others committed various overt acts in the Northern District of Georgia and elsewhere, including, but not limited to, the following:

a.  In or about September 2013, TYURIN told CC-1, in electronic communications, that he was attempting to gain unauthorized access to Victim-2's computer networks.

b.  On or about November 22, 2013, TYURIN told CC-1, in electronic communications, that he needed a customer account for Victim-2 to help him locate a user database.

c.  On or about that same day, in response to TYURIN's request, CC-2 contacted Individual #1 and requested that he open an account with Victim-2 and provide the login credentials. Individual #1 agreed to do so, and he opened an online account and sent the login credentials to CC-2. CC-2 did not tell Individual #1 the true purpose for requesting his login credentials, and Individual #1 never authorized anyone else to use his login credentials to hack into Victim-2.

d.  On or about November 23, 2013, CC-1 sent TYURIN the login credentials of Individual #1 at Victim-2 in an online chat.

6

22

e. On or about that same day, TYURIN logged into Individual #1's account at Victim-2 without authorization from an overseas computer server.

f. On or about the same day, TYURIN told CC-1, in electronic communications, that he located Victim-2's customer database.

g. On or about the same day, TYURIN uploaded files containing personal identifying information of customers stolen from Victim-2's database.

h. On or about November 25, 2013, CC-1 electronically sent TYURIN a report based on the customer data stolen from Victim-2. This report broke down the number of customers whose data was stolen by state, including over 100,000 residents of Georgia.

i. On or about November 28, 2013, TYURIN hacked into a server on Victim-1's network, which was located in the Northern District of Georgia. He then installed malware on Victim-1's server that permitted him to maintain access to the network.

j. On or about December 5, 2013, TYURIN infiltrated three more internal servers on Victim-1's network, including a core administration platform, which were located in the Northern District of Georgia. Additionally, TYURIN installed malware that began exfiltrating gigabytes of data from Victim-1's network from on or about December 5, 2013 through on or about December 15, 2013.

k. On or about the next day, TYURIN told CC-1, in electronic communications, that he needed a customer account for Victim-1 to help him locate a user database. CC-1 provided TYURIN with the username and password

7

for Individual #1's account at Victim-1, which had been provided to CC-1 in November 2012 by CC-2.

l.   TYURIN logged into Individual #1's customer account at Victim-1 on or about December 6, 2013 and the following day from an overseas computer server.

m. On or about December 7, 2013, TYURIN told CC-1, in electronic communications, that he located Victim-2's customer database containing 15 million customer records. TYURIN reported that he was downloading the confidential customer data.

n.  On or about December 10, 2013, TYURIN uploaded files containing personal identifying information of customers stolen from Victim-1's database.

All in violation of Title 18, United States Code, Section 371.

## COUNT SIX
### (Computer Fraud and Abuse)

10. The Grand Jury re-alleges and incorporates by reference paragraphs 2 through 3 and paragraphs 8 through 9 of this Indictment as if fully set forth herein.

11. Beginning on an unknown date, but at least by in or about November 2012, and continuing through in or about December 2013, in the Northern District of Georgia and elsewhere, the defendant, ANDREI TYURIN, a/k/a Andrei Tiurin, a/k/a Andrey Tyurin, aided and abetted by others known and unknown to the Grand Jury, did intentionally access a computer, namely the private, internal networks of Victim-1, without authorization and exceeding authorization, and thereby obtained and attempted to obtain information from a protected

8

24

computer for the purpose of commercial advantage and private financial gain, in violation of Title 18, United States Code, Sections 1030(a)(2)(C), 1030(c)(2)(B)(i), and 2.

## COUNT SEVEN
(Computer Fraud and Abuse)

12. The Grand Jury re-alleges and incorporates by reference paragraphs 2 through 3 and paragraphs 8 through 9 of this Indictment as if fully set forth herein.

13. Beginning on an unknown date, but at least by in or about September 2013, and continuing through in or about November 2013, in the Northern District of Georgia and elsewhere, the defendant, ANDREI TYURIN, a/k/a Andrei Tiurin, a/k/a Andrey Tyurin, aided and abetted by others known and unknown to the Grand Jury, did intentionally access a computer, namely the private, internal networks of Victim-2, without authorization and exceeding authorization, and thereby obtained and attempted to obtain information from a protected computer in furtherance of a criminal act in violation of the Georgia Identity Fraud statute, O.C.G.A. § 16-9-121(a)(1), that is, to willfully use and possess with intent to fraudulently use identifying information concerning a person without authorization and consent, in violation of Title 18, United States Code, Sections 1030(a)(2)(C), 1030(c)(2)(B)(ii), and 2.

## COUNTS EIGHT THROUGH TEN
(Aggravated Identity Theft)

14. The Grand Jury re-alleges and incorporates by reference paragraphs 2 through 3 and paragraphs 8 through 9 of this Indictment as if fully set forth herein.

15. On or about the dates listed in Column B of the table below, in the Northern District of Georgia and elsewhere, the defendant, ANDREI TYURIN, a/k/a Andrei Tiurin, a/k/a Andrey Tyurin, aided and abetted by others known and unknown to the Grand Jury, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, that is, the username and password of Individual #1 for his customer account held at the financial institution identified in Column C, during and in relation to the commission of a felony, as set forth in the corresponding counts identified in Column D:

| A | B | C | D |
|---|---|---|---|
| Count | Date | Bank | Associated Felony Violation |
| 8 | 11/23/13 | Victim-2 | Conspiracy to commit wire fraud as alleged in Count 1 of this Indictment. |
| 9 | 12/6/13 | Victim-1 | Conspiracy to commit wire fraud as alleged in Count 1 of this Indictment. |
| 10 | 12/7/13 | Victim-1 | Conspiracy to commit wire fraud as alleged in Count 1 of this Indictment. |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE PROVISION

26. Upon conviction of one or more of the offenses alleged in Counts One through Four of this Indictment, the defendant, ANDREI TYURIN, a/k/a Andrei Tiurin, a/k/a Andrey Tyurin, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A), and Title 28, United States Code, Section 2461(c), any and all property constituting, or derived from, proceeds obtained directly or indirectly as a result of said violations;

27. Upon conviction of one or more of the offenses alleged in Counts Five through Seven of this Indictment, the defendant, ANDREI TYURIN, a/k/a Andrei Tiurin, a/k/a Andrey Tyurin, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i), the defendant's interest in any and all personal property that was used or intended to be used to commit or to facilitate the commission of such violation, as well as any and all property constituting, or derived from, proceeds obtained directly or indirectly as a result of said violations; and

28. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above; all pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A) & (B), and Title 28, United States Code, Section 2461(c).

A _____ BILL

_____
FOREPERSON

BYUNG J. PAK
  *United States Attorney*

NATHAN P. KITCHENS
  *Assistant United States Attorney*
Georgia Bar No. 263930

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

12

28

U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 1 0 2018

James N. Hatten, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division:  Atlanta
(USAO: 2014R00380)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:    Fulton

DISTRICT COURT NO.    1:15-CR-393
UNDER SEAL

MAGISTRATE CASE NO.

| X Superseding Indictment | Indictment | Information | Magistrate's Complaint |
|---|---|---|---|
| DATE: January 9, 2018 | DATE: October 27, 2015 | DATE: | DATE: |

UNITED STATES OF AMERICA
vs.
ANDREI TYURIN,
A/K/A ANDREI TIURIN,
A/K/A ANDREY TYURIN

FIRST SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed: October 27, 2015

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

Is the defendant in custody?    Yes   X No
Will the defendant be arrested pending outcome of this proceeding?    X Yes   No
Is the defendant a fugitive?    Yes   X No
Has the defendant been released on bond?    Yes   X No

Will the defendant require an interpreter?    Yes   X No

District Judge:  Thomas W. Thrash

Attorney:  Nathan P. Kitchens
Defense Attorney:

29

U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 1 0 2018

James N. Hatten, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Andrei Tyurin

**Agent to Arrest**

Indictment/Information

1:15-CR-393

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

*Nathan P. Kitchens*
Nathan P. Kitchens
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 \_\_\_\_.

_____
                Clerk

By _____
                Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHAL

BY:

DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94

30

ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 1 0 2018

James N. Hatten, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

ANDREI TYURIN,

    A/K/A ANDREI TIURIN,

    A/K/A ANDREY TYURIN.

Criminal Action No.

# 1 15-CR-393

**UNDER SEAL**

## Motion to Seal Indictment

The United States of America, by Byung J. Pak, United States Attorney, and Nathan P. Kitchens, Assistant United States Attorney for the Northern District of Georgia, respectfully requests that the attached **Indictment**, motion to seal and order be sealed pursuant to Federal Rule of Criminal Procedure 6(e)(4) for the following reasons:

The Indictment concerns an ongoing investigation involving wire fraud, conspiracy, and fraud and related activity in connection with computers. The defendant, ANDREI TYURIN, does not reside in the United States. Public disclosure of the Indictment, arrest warrant, or this Motion and any ensuing order will seriously jeopardize the investigation by potentially causing the destruction of evidence, prompting the defendant and other targets to flee, and/or potentially driving their activities further underground. *See In re Sealed Affidavit(s) to Search Warrants*, 600 F.2d 1256, 1257-58 (9th Cir. 1979); *see*

2

*Washington Post v. Robinson*, <u>935 F.2d 282, 290</u> (D.C. Cir. 1991); *see also United States v. Gomez*, <u>323 F.3d 1305, 1307</u> (11th Cir. 2003) ("The district courts have substantial supervisory powers over their records and files").

WHEREFORE, the United States of America respectfully requests that this motion, the **Indictment** and ensuing order be sealed until further order of this Court, but that law enforcement be permitted to disclose these materials to international law enforcement authorities for the purpose of facilitating arrest and/or extradition.

Submitted this 9th day of January 2018.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

/s/Nathan P. Kitchens
*Assistant United States Attorney*
Georgia Bar No. 263930
Nathan.Kitchens@usdoj.gov

ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 1 0 2018

James N. Hatten, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

ANDREI TYURIN,
    a/k/a Andrei Tiurin,
    a/k/a Andrey Tyurin.

Criminal Action No.

**1  15-CR-393**

**UNDER SEAL**

### Order

Having read and considered the government's Motion to Seal **Indictment** and

application and for good cause shown,

It is hereby ORDERED that the **Indictment** and application be sealed, except

that the government may disclose these materials (1) for use in any extradition

proceedings relating to the defendant, and (2) to and by law enforcement

personnel, including foreign authorities, in connection with the performance of

their duties and for the purpose of locating or arresting the defendant.

SO ORDERED this ____ day of January, 2018.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

Presented by:
Nathan P. Kitchens, Assistant United States Attorney

33

FILED IN CHAMBERS
U.S.D.C. Atlanta

JAN 1 2 2018

JAMES N. HATTEN, Clerk

By: _____ Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

ANDREI TYURIN,

    a/k/a Andrei Tiurin,

    a/k/a Andrey Tyurin.

First Superseding Indictment

No. 1:15-CR-393

**Under Seal**

### Motion for Copy of the Indictment

The United States of America, by Byung J. Pak, United States Attorney, and Nathan P. Kitchens, Assistant United States Attorney for the Northern District of Georgia, respectfully requests that the Clerk of Court be ordered to provide certified copies of the Indictment in the above-referenced matter to the undersigned attorney for the Government. The Clerk's Office stated that a court order is now required for prosecutors to obtain a copy of their own sealed indictments. A certified copy of the Indictment is necessary for an extradition request for the Defendant, and although this Court's order to seal specifically stated that the government may disclose the Indictment for use in extradition proceedings and for the purpose of arresting the defendant, the Clerk's Office still insisted on a separate court order for a copy of the Indictment.

WHEREFORE, the United States of America respectfully requests that the Clerk of Court be required to provide two certified copies of the Indictment to the

2

Government for the purpose of facilitating arrest and/or extradition of the

Defendant.

Submitted this 12th day of January 2018.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*


/s/Nathan P. Kitchens
*Assistant United States Attorney*
Georgia Bar No. 263930
Nathan.Kitchens@usdoj.gov

**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. Atlanta

JAN 1 2 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | First Superseding Indictment |
| v. | No. 1:15-CR-393 |
| ANDREI TYURIN, | **Under Seal** |
| a/k/a Andrei Tiurin, | |
| a/k/a Andrey Tyurin. | |

**Order**

Having read and considered the government's Motion for a Copy of the **Indictment** and application and for good cause shown,

It is hereby ORDERED that certified copies of the **Indictment** be provided to the government for the purpose of facilitating any extradition proceedings relating to the defendant.

SO ORDERED this _____ day of _____, 2018.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

Presented by:
Nathan P. Kitchens, Assistant United States Attorney

**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 20 2019

JAMES N. HATTEN, Clerk
By: /s/ ac          Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

Andrei Tyurin,
    a/k/a Andrei Tiurin,
    a/k/a Andrey Tyurin

Criminal Action No.

1:15-CR-393

### Motion to Unseal First Superseding Indictment

The United States of America, by Byung J. Pak, United States Attorney, and Nathan P. Kitchens, Assistant United States Attorney for the Northern District of Georgia, moves this court to unseal the **First Superseding Indictment** [Doc. 18] in the above-styled case and in support thereof shows that the defendant has been arrested and extradited to the United States.

WHEREFORE, the government respectfully requests that **First Superseding Indictment** be unsealed.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

/s/Nathan P. Kitchens
    *Assistant United States Attorney*
Georgia Bar No. 263930
Nathan.Kitchens@usdoj.gov

37

ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 20 2019

JAMES N. HATTEN, Clerk
By: _____
                    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

Andrei Tyurin,
    a/k/a Andrei Tiurin,
    a/k/a Andrey Tyurin

Criminal Action No.

1:15-CR-393

**Order**

It is hereby ordered that the **First Superseding Indictment** [Doc. 18] in the above-styled case be unsealed this 20th day of February, 2019.

_Catherine Salinas_
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE

Presented by:
Nathan P. Kitchens, Assistant United States Attorney

38

MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Nathan Parker Kitchens (caseview.ecf@usdoj.gov,
gaylene.berberick@usdoj.gov, mayleen.neaves@usdoj.gov, nathan.kitchens@usdoj.gov,
usagan.motionsresponses@usdoj.gov), Judge Thomas W. Thrash, Jr.
(ganddb_efile_twt@gand.uscourts.gov)
--Non Case Participants: Quality Control Clerk (ganddb_efile_qc@gand.uscourts.gov)
--No Notice Sent:

Message-Id:10270515@gand.uscourts.gov
Subject:Activity in Case 1:15-cr-00393-TWT USA v. Shalon et al Case Assigned/Reassigned
Content-Type: text/html

## U.S. District Court

## Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 9/9/2019 at 2:52 PM EDT and filed on 9/4/2019

| | |
|---|---|
| **Case Name:** | USA v. Shalon et al |
| **Case Number:** | 1:15-cr-00393-TWT |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Case as to Andrei Tyurin Assigned to Judge Thomas W. Thrash, Jr. (sap)**


**1:15-cr-00393-TWT-3 Notice has been electronically mailed to:**

Nathan Parker Kitchens &nbsp &nbsp nathan.kitchens@usdoj.gov, CaseView.ECF@usdoj.gov,
gaylene.berberick@usdoj.gov, mayleen.neaves@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

**1:15-cr-00393-TWT-3 Notice has been delivered by other means to:**

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:15−cr−00393−TWT−3

Case title: USA v. Shalon et al

Date Filed: 10/27/2015
Date Terminated: 09/04/2019

---

Assigned to: Judge Thomas W. Thrash, Jr.

## Defendant (3)

**Andrei Tyurin**
*TERMINATED: 09/04/2019*
*also known as*
Andrei Tiurin
*TERMINATED: 09/04/2019*
*also known as*
Andrey Tyurin
*TERMINATED: 09/04/2019*

# 19 CRIM 658

## Pending Counts

**Disposition**

18:1349 − ATTEMPT AND
CONSPIRACY TO COMMIT WIRE
FRAUD
(1)

18:1343 and 2 − FRAUD BY WIRE,
RADIO, OR TELEVISION
(2−4)

18:371 − CONSPIRACY TO DEFRAUD
THE UNITED STATES
(5)

18:1030(a)(2)(C), 1030(c)(2)(B)(i) and 2 −
FRAUD ACTIVITY CONNECTED
WITH COMPUTERS
(6)

18:1030(a)(2)(C), 1030(c)(2)(B)(ii) and 2
− FRAUD ACTIVITY CONNECTED
WITH COMPUTERS
(7)

18:1028A(a)(1) and 2 − FRAUD WITH
IDENTIFICATION DOCUMENTS
(8−10)

## Highest Offense Level (Opening)

Felony

## Terminated Counts

| Terminated Counts | Disposition |
|---|---|
| 18:1349 ATTEMPT AND CONSPIRACY TO COMMIT FRAUD (1s) | Case Transferred to the Southern District of New York pursuant to Rule 20 |
| 18:1343 and 18:2 FRAUD BY WIRE, RADIO, OR TELEVISION (2s–4s) | Case Transferred to the Southern District of New York pursuant to Rule 20 |
| 18:371 CONSPIRACY TO DEFRAUD THE UNITED STATES (5s) | Case Transferred to the Southern District of New York pursuant to Rule 20 |
| 18:1030(a)(2)(C), 1030(c) (2) (B)(i), and 18:2 FRAUD ACTIVITY CONNECTED WITH COMPUTERS (6s) | Case Transferred to the Southern District of New York pursuant to Rule 20 |
| 18:1030(a)(2)(C), 1030(c)(2)(B)(ii) and 18:2 FRAUD ACTIVITY CONNECTED WITH COMPUTERS (7s) | Case Transferred to the Southern District of New York pursuant to Rule 20 |
| 18:1028A(a)(l) and 18:2 FRAUD WITH IDENTIFICATION DOCUMENTS (8s–10s) | Case Transferred to the Southern District of New York pursuant to Rule 20 |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

**USA**                    represented by **Nathan Parker Kitchens**
Office of the United States
Attorney–ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404–581–6185
Email: nathan.kitchens@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

2

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/27/2015 | 1 | | INDICTMENT with FORFEITURE PROVISION as to Gery Shalon (1) Counts 1, 2–4, 5, 6, 7, 8–10, Joshua Samuel Aaron (2) Counts 1, 2–4, 5, 6, 7, 8–10, John Doe (3) Counts 1, 2–4, 5, 6, 7, 8–10. (dfb) (Entered: 10/30/2015) |
| 10/27/2015 | 2 | | MOTION to Seal 1 Indictment by USA as to Gery Shalon, Joshua Samuel Aaron, John Doe. (dfb) (Entered: 10/30/2015) |
| 10/27/2015 | 3 | | ORDER granting USA's 2 Motion to Seal 1 Indictment as to Gery Shalon (1), Joshua Samuel Aaron (2), John Doe (3). Signed by Magistrate Judge Justin S Anand on 10/27/2015. (dfb) (Entered: 10/30/2015) |
| 10/27/2015 | 6 | | Defendant Information Sheet as to John Doe. (dfb) (Entered: 10/30/2015) |
| 10/27/2015 | 9 | | Praecipe filed. Arrest Warrant Issued as to John Doe and delivered to U.S. Marshal on 10/28/2015. (dfb) (Entered: 10/30/2015) |
| 11/10/2015 | | | INDICTMENT UNSEALED as to Gery Shalon, Joshua Samuel Aaron, John Doe. (dfb) (Entered: 11/10/2015) |
| 11/10/2015 | 10 | | MOTION to Unseal 1 Indictment by USA as to Gery Shalon, Joshua Samuel Aaron, John Doe. (ryc) (Entered: 11/10/2015) |
| 11/10/2015 | 11 | | ORDER GRANTING 10 Motion to Unseal 1 Indictment as to Gery Shalon (1), Joshua Samuel Aaron (2), John Doe (3). Signed by Magistrate Judge Russell G. Vineyard on 11/10/15. (ryc) (Entered: 11/10/2015) |
| 11/23/2015 | 14 | | Arrest Warrant Returned Unexecuted as to John Doe. (dfb) (Entered: 11/24/2015) |
| 04/24/2017 | | | Documents 15–17 are sealed. (jtj) (Entered: 04/25/2017) |
| 01/09/2018 | 18 | | SUPERSEDING INDICTMENT with Forfeiture Provision as to Andrei Tyurin (3) count(s) 1s, 2s–4s, 5s, 6s, 7s, 8s–10s. (jtj) (Entered: 01/10/2018) |
| 01/10/2018 | 19 | | Defendant Information Sheet as to Andrei Tyurin. (jtj) (Entered: 01/10/2018) |
| 01/10/2018 | 20 | | Praecipe filed. Arrest Warrant Issued by Magistrate Judge Justin S Anand as to Andrei Tyurin. Issued and delivered to the USMS on 1/10/2018. (jtj) (Entered: 01/10/2018) |
| 01/10/2018 | 21 | | MOTION to Seal Indictment by USA as to Andrei Tyurin. (jtj) (Entered: 01/10/2018) |
| 01/10/2018 | 22 | | ORDER GRANTING 21 Motion to Seal Indictment as to Andrei Tyurin (3). Signed by Magistrate Judge Justin S Anand on 1/9/2018. (jtj) (Entered: 01/10/2018) |
| 01/12/2018 | 23 | | MOTION for Copy of the Indictment filed by USA as to Andrei Tyurin. (ddm) (Entered: 01/16/2018) |
| 01/12/2018 | 24 | | ORDER granting 23 MOTION for Copy of the Indictment filed by USA as to Andrei Tyurin (3). Signed by Magistrate Judge Justin S Anand on 1/12/18. (ddm) (Entered: 01/16/2018) |
| 02/20/2019 | 28 | | MOTION to Unseal First Superseding Indictment filed by USA as to Andrei Tyurin. (ddm) (Entered: 02/21/2019) |

| 02/20/2019 | 29 | | ORDER granting 28 MOTION to Unseal First Superseding Indictment filed by USA as to Andrei Tyurin (3). Signed by Magistrate Judge Catherine M. Salinas on 2/20/19. (ddm) (Entered: 02/21/2019) |
|---|---|---|---|
| 09/04/2019 | | | Case as to Andrei Tyurin Assigned to Judge Thomas W. Thrash, Jr. (sap) (Entered: 09/09/2019) |
| 09/04/2019 | 30 | | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of New York Counts closed as to Andrei Tyurin (3) Counts 1s, 2s–4s, 5s, 6s, 7s, and 8s–10s. (sap) (Entered: 09/09/2019) |

MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Judge Unassigned (ganddb_efile_qc@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7427839@gand.uscourts.gov
Subject:Activity in Case 15-393 Sealed v. Sealed (Redacted Notice)
Content-Type: text/html

## U.S. District Court

### Northern District of Georgia

### Notice of Electronic Filing

The following transaction was entered on 10/30/2015 at 5:24 PM EDT and filed on 10/27/2015

| | |
|---|---|
| **Case Name:** | USA v. Shalon et al |
| **Case Number:** | 1:15-cr-00393-UNA *SEALED* |
| **Filer:** | |
| **Document Number:** | 1 |

**Docket Text:**
**INDICTMENT with FORFEITURE PROVISION as to Gery Shalon (1) Counts 1, 2-4, 5, 6, 7, 8-10, Joshua Samuel Aaron (2) Counts 1, 2-4, 5, 6, 7, 8-10, John Doe (3) Counts 1, 2-4, 5, 6, 7, 8-10. (dfb)**

**1:15-cr-00393-UNA *SEALED*-1 No electronic public notice will be sent because the case/entry is sealed.**

**1:15-cr-00393-UNA *SEALED*-2 No electronic public notice will be sent because the case/entry is sealed.**

**1:15-cr-00393-UNA *SEALED*-3 No electronic public notice will be sent because the case/entry is sealed.**

The following document(s) are associated with this transaction:

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Judge Unassigned (ganddb_efile_qc@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7427854@gand.uscourts.gov
Subject:Activity in Case 15-393 Sealed v. Sealed (Redacted Notice)
Content-Type: text/html
```

**U.S. District Court**

**Northern District of Georgia**

**Notice of Electronic Filing**

The following transaction was entered on 10/30/2015 at 5:26 PM EDT and filed on 10/27/2015

| | |
|---|---|
| **Case Name:** | USA v. Shalon et al |
| **Case Number:** | 1:15-cr-00393-UNA *SEALED* |
| **Filer:** | USA |
| **Document Number:** | 2 |

**Docket Text:**
**MOTION to Seal [1] Indictment by USA as to Gery Shalon, Joshua Samuel Aaron, John Doe. (dfb)**

**1:15-cr-00393-UNA *SEALED*-1 No electronic public notice will be sent because the case/entry is sealed.**

**1:15-cr-00393-UNA *SEALED*-2 No electronic public notice will be sent because the case/entry is sealed.**

**1:15-cr-00393-UNA *SEALED*-3 No electronic public notice will be sent because the case/entry is sealed.**

The following document(s) are associated with this transaction:

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Judge Unassigned (ganddb_efile_qc@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7427857@gand.uscourts.gov
Subject:Activity in Case 15-393 Sealed v. Sealed (Redacted Notice)
Content-Type: text/html
```

### U.S. District Court

### Northern District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 10/30/2015 at 5:27 PM EDT and filed on 10/27/2015

| | |
|---|---|
| **Case Name:** | USA v. Shalon et al |
| **Case Number:** | <u>1:15-cr-00393-UNA *SEALED*</u> |
| **Filer:** | |
| **Document Number:** | <u>3</u> |

**Docket Text:**
 ORDER granting USA's [2] Motion to Seal [1] Indictment as to Gery Shalon (1), Joshua
Samuel Aaron (2), John Doe (3). Signed by Magistrate Judge Justin S Anand on 10/27/2015.
(dfb)

**1:15-cr-00393-UNA *SEALED*-1 No electronic public notice will be sent because the case/entry is
sealed.**

**1:15-cr-00393-UNA *SEALED*-2 No electronic public notice will be sent because the case/entry is
sealed.**

**1:15-cr-00393-UNA *SEALED*-3 No electronic public notice will be sent because the case/entry is
sealed.**

The following document(s) are associated with this transaction:

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Judge Unassigned (ganddb_efile_qc@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7427869@gand.uscourts.gov
Subject:Activity in Case 15-393 Sealed v. Sealed (Redacted Notice)
```
Content-Type: text/html

## U.S. District Court

## Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 10/30/2015 at 5:30 PM EDT and filed on 10/27/2015

| | |
|---|---|
| **Case Name:** | USA v. Shalon et al |
| **Case Number:** | <u>1:15−cr−00393−UNA *SEALED*</u> |
| **Filer:** | |
| **Document Number:** | <u>6</u> |

**Docket Text:**
 **Defendant Information Sheet as to John Doe. (dfb)**


**1:15−cr−00393−UNA *SEALED*−3 No electronic public notice will be sent because the case/entry is sealed.**

The following document(s) are associated with this transaction:

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Judge Unassigned (ganddb_efile_qc@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7427880@gand.uscourts.gov
Subject:Activity in Case 15-393 Sealed v. Sealed (Redacted Notice)
Content-Type: text/html
```

### U.S. District Court

### Northern District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 10/30/2015 at 5:34 PM EDT and filed on 10/27/2015

| | |
|---|---|
| **Case Name:** | USA v. Shalon et al |
| **Case Number:** | 1:15-cr-00393-UNA *SEALED* |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**
 **Praecipe filed. Arrest Warrant Issued as to John Doe and delivered to U.S. Marshal on 10/28/2015. (dfb)**

**1:15-cr-00393-UNA *SEALED*-3 No electronic public notice will be sent because the case/entry is sealed.**

The following document(s) are associated with this transaction:

9

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Judge Unassigned (ganddb_efile_qc@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7444487@gand.uscourts.gov
Subject:Activity in Case 1:15-cr-00393-UNA USA v. Shalon et al Indictment Unsealed
Content-Type: text/html
```

**U.S. District Court**

**Northern District of Georgia**

**Notice of Electronic Filing**

The following transaction was entered on 11/10/2015 at 10:00 AM EST and filed on 11/10/2015

| | |
|---|---|
| **Case Name:** | USA v. Shalon et al |
| **Case Number:** | <u>1:15-cr-00393-UNA *SEALED*</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**INDICTMENT UNSEALED as to Gery Shalon, Joshua Samuel Aaron, John Doe. (dfb)**

**1:15-cr-00393-UNA *SEALED*-1 No electronic public notice will be sent because the case/entry is sealed.**

**1:15-cr-00393-UNA *SEALED*-2 No electronic public notice will be sent because the case/entry is sealed.**

**1:15-cr-00393-UNA *SEALED*-3 No electronic public notice will be sent because the case/entry is sealed.**

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Nathan Parker Kitchens (gaylene.berberick@usdoj.gov,
nathan.kitchens@usdoj.gov, samantha.johnson@usdoj.gov, usagan.motionsresponses@usdoj.gov),
Judge Unassigned (ganddb_efile_qc@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7444617@gand.uscourts.gov
Subject:Activity in Case 1:15-cr-00393-UNA USA v. Shalon et al Motion to Unseal Document
Content-Type: text/html
```

**U.S. District Court**

**Northern District of Georgia**

**Notice of Electronic Filing**

The following transaction was entered on 11/10/2015 at 10:47 AM EST and filed on 11/10/2015

| | |
|---|---|
| **Case Name:** | USA v. Shalon et al |
| **Case Number:** | 1:15-cr-00393-UNA |
| **Filer:** | USA |
| **Document Number:** | 10 |

**Docket Text:**
**MOTION to Unseal [1] Indictment by USA as to Gery Shalon, Joshua Samuel Aaron, John Doe. (ryc)**

**1:15-cr-00393-UNA-1 Notice has been electronically mailed to:**

Nathan Parker Kitchens &nbsp &nbsp nathan.kitchens@usdoj.gov, gaylene.berberick@usdoj.gov, samantha.johnson@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

**1:15-cr-00393-UNA-1 Notice has been delivered by other means to:**

**1:15-cr-00393-UNA-2 Notice has been electronically mailed to:**

Nathan Parker Kitchens &nbsp &nbsp nathan.kitchens@usdoj.gov, gaylene.berberick@usdoj.gov, samantha.johnson@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

**1:15-cr-00393-UNA-2 Notice has been delivered by other means to:**

**1:15-cr-00393-UNA-3 Notice has been electronically mailed to:**

Nathan Parker Kitchens &nbsp &nbsp nathan.kitchens@usdoj.gov, gaylene.berberick@usdoj.gov, samantha.johnson@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

**1:15-cr-00393-UNA-3 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Nathan Parker Kitchens (gaylene.berberick@usdoj.gov),
nathan.kitchens@usdoj.gov, samantha.johnson@usdoj.gov, usagan.motionsresponses@usdoj.gov),
Judge Unassigned (ganddb_efile_qc@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7444632@gand.uscourts.gov
Subject:Activity in Case 1:15-cr-00393-UNA USA v. Shalon et al Order on Motion to Unseal
Document
Content-Type: text/html
```

### U.S. District Court

### Northern District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 11/10/2015 at 10:49 AM EST and filed on 11/10/2015

| | |
|---|---|
| **Case Name:** | USA v. Shalon et al |
| **Case Number:** | 1:15-cr-00393-UNA |
| **Filer:** | |
| **Document Number:** | 11 |

**Docket Text:**
 **ORDER GRANTING [10] Motion to Unseal [1] Indictment as to Gery Shalon (1), Joshua Samuel Aaron (2), John Doe (3). Signed by Magistrate Judge Russell G. Vineyard on 11/10/15. (ryc)**

**1:15-cr-00393-UNA-1 Notice has been electronically mailed to:**

Nathan Parker Kitchens &nbsp &nbsp nathan.kitchens@usdoj.gov, gaylene.berberick@usdoj.gov, samantha.johnson@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

**1:15-cr-00393-UNA-1 Notice has been delivered by other means to:**

**1:15-cr-00393-UNA-2 Notice has been electronically mailed to:**

Nathan Parker Kitchens &nbsp &nbsp nathan.kitchens@usdoj.gov, gaylene.berberick@usdoj.gov, samantha.johnson@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

**1:15-cr-00393-UNA-2 Notice has been delivered by other means to:**

**1:15-cr-00393-UNA-3 Notice has been electronically mailed to:**

Nathan Parker Kitchens &nbsp &nbsp nathan.kitchens@usdoj.gov, gaylene.berberick@usdoj.gov, samantha.johnson@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

**1:15−cr−00393−UNA−3 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Nathan Parker Kitchens (gaylene.berberick@usdoj.gov,
nathan.kitchens@usdoj.gov, samantha.johnson@usdoj.gov, usagan.motionsresponses@usdoj.gov),
Judge Unassigned (ganddb_efile_qc@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7472415@gand.uscourts.gov
Subject:Activity in Case 1:15-cr-00393-UNA USA v. Shalon et al Warrant Returned Unexecuted
Content-Type: text/html
```

### U.S. District Court

### Northern District of Georgia

**Notice of Electronic Filing**


The following transaction was entered on 11/24/2015 at 2:25 PM EST and filed on 11/23/2015

| | |
|---|---|
| **Case Name:** | USA v. Shalon et al |
| **Case Number:** | 1:15-cr-00393-UNA |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**
  **Arrest Warrant Returned Unexecuted as to John Doe. (dfb)**


**1:15-cr-00393-UNA-3 Notice has been electronically mailed to:**

Nathan Parker Kitchens &nbsp &nbsp nathan.kitchens@usdoj.gov, gaylene.berberick@usdoj.gov,
samantha.johnson@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

**1:15-cr-00393-UNA-3 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Nathan Parker Kitchens (caseview.ecf@usdoj.gov,
charmaine.brim@usdoj.gov, gaylene.berberick@usdoj.gov, nathan.kitchens@usdoj.gov,
usagan.motionsresponses@usdoj.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:8469330@gand.uscourts.gov
Subject:Activity in Case 1:15-cr-00393-UNA USA v. Shalon et al Sealed Document
notification
Content-Type: text/html
```

## U.S. District Court

## Northern District of Georgia

### Notice of Electronic Filing

The following transaction was entered on 4/25/2017 at 8:45 AM EDT and filed on 4/24/2017

| | |
|---|---|
| **Case Name:** | USA v. Shalon et al |
| **Case Number:** | 1:15-cr-00393-UNA |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Documents 15-17 are sealed. (jtj)**

**1:15-cr-00393-UNA-1 Notice has been electronically mailed to:**

Nathan Parker Kitchens &nbsp &nbsp nathan.kitchens@usdoj.gov, CaseView.ECF@usdoj.gov, charmaine.brim@usdoj.gov, gaylene.berberick@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

**1:15-cr-00393-UNA-1 Notice has been delivered by other means to:**

**1:15-cr-00393-UNA-2 Notice has been electronically mailed to:**

Nathan Parker Kitchens &nbsp &nbsp nathan.kitchens@usdoj.gov, CaseView.ECF@usdoj.gov, charmaine.brim@usdoj.gov, gaylene.berberick@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

**1:15-cr-00393-UNA-2 Notice has been delivered by other means to:**

**1:15-cr-00393-UNA-3 Notice has been electronically mailed to:**

Nathan Parker Kitchens &nbsp &nbsp nathan.kitchens@usdoj.gov, CaseView.ECF@usdoj.gov, charmaine.brim@usdoj.gov, gaylene.berberick@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

**1:15-cr-00393-UNA-3 Notice has been delivered by other means to:**