

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 13, 2019

**VIA ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Street
New York, NY 10007

      Re:    **United States v. Andrei Tyurin**
             **19 Cr. 658 (AJN)**

Dear Judge Nathan:

      The Government respectfully submits this letter pursuant to Local Rule 1.6(a), regarding *United States* v. *Andrei Tyurin*, 19 Cr. 658 (AJN), which was wheeled out yesterday to Your Honor pursuant to a Rule 20 transfer from the Northern District of Georgia to the Southern District of New York. This case is related to a case assigned to the Honorable Laura Taylor Swain, *United States* v. *Gery Shalon et al*, 15 Cr. 333 (LTS). The S4 Indictment in that case, which contains charges against defendant Tyurin, has been pending before Judge Swain since the defendant's extradition from Georgia last year. The recent Rule 20 transfer was made in anticipation of a plea for defendant Tyurin to resolve both the S.D.N.Y. and the N.D.G.A. matters, pursuant to a plea agreement with this Office. Judge Swain has scheduled that plea for September 23, 2019, at 2:30 PM.

      Accordingly, in the interests of efficiency, and "to avoid unnecessary duplication of judicial effort," *see* Local Rule 1.6, the Government respectfully requests that the Court agree to transfer this case to Judge Swain for purposes of the Rule 20 disposition, and to allow for the two related cases to proceed before Judge Swain going forward. The Government has consulted with the Chambers for Judge Swain and with defense counsel Florian Miedel, Esq. (who represents Tyurin in both matters), both of whom consent to this application.

To the extent that the Court has any questions, please feel free to reach out to the undersigned Assistant United States Attorney below.

A proposed Order for the Court's consideration is attached hereto.

                                              Respectfully submitted,

                                              GEOFFREY S. BERMAN
                                              United States Attorney

By:    */s/ Eun Young Choi*
        Eun Young Choi
        Assistant United States Attorney
        Southern District of New York
        (212) 637-2187

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

        - v. -                          ORDER

ANDREI TYURIN,                          19 Cr. 658 (AJN)

              Defendant.

- - - - - - - - - - - - - - - - - -X
```

WHEREAS the above-captioned case has been transferred from the United States District Court for the Northern District of Georgia to this Court pursuant to Federal Rule of Criminal Procedure 20 in anticipation of its disposition; and

WHEREAS the above-captioned case is related to *United States v. Gery Shalon* et al., 15 Cr. 333 (LTS), which is presently pending before the Honorable Laura Taylor Swain; and

WHEREAS the United States of America, by and through Assistant United States Attorney Eun Young Choi, has requested that the above-captioned case be reassigned to the Honorable Laura Taylor Swain for purposes of its efficient disposition, with the consent of Judge Swain and the defendant, by and through his counsel; it is hereby

ORDERED that this case should be transferred to the Honorable Laura Taylor Swain.

Dated:  New York, New York
        September ___, 2019

```
                                  _____
                                  THE HONORABLE ALISON J. NATHAN
                                  UNITED STATES DISTRICT JUDGE
```