UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - v. -

ANDREI TYURIN,

        Defendant.

- - - - - - - - - - - - - - - - - -X

ORDER

19 Cr. 658 (AJN)

SEP 1 6 2019

    WHEREAS the above-captioned case has been transferred from the United States District Court for the Northern District of Georgia to this Court pursuant to Federal Rule of Criminal Procedure 20 in anticipation of its disposition; and

    WHEREAS the above-captioned case is related to *United States v. Gery Shalon* et al., 15 Cr. 333 (LTS), which is presently pending before the Honorable Laura Taylor Swain; and

    WHEREAS the United States of America, by and through Assistant United States Attorney Eun Young Choi, has requested that the above-captioned case be reassigned to the Honorable Laura Taylor Swain for purposes of its efficient disposition, with the consent of Judge Swain and the defendant, by and through his counsel; it is hereby

ORDERED that this case should be transferred to the Honorable Laura Taylor Swain.

Dated: New York, New York
       September 16, 2019

_____
THE HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE